**PERKIN & FARIA LLLC**
JOHN FRANCIS PERKIN     1673-0
841 Bishop Street, Suite 1000
Honolulu, Hawaii  96813
Tel. (808) 523-2300
Fax. (808) 697-5302

**BICKERTON LEE DANG & SULLIVAN**
JAMES J. BICKERTON     3085-0
STANLEY H. ROEHRIG (Of Counsel)   664-0
745 Fort Street, Suite 801
Honolulu, Hawaii  96813
Tel. (808) 599-3811
Fax. (808) 533-2467

**AFFINITY LAW GROUP**
RAYMOND C. CHO     8337-0
VAN-ALAN H. SHIMA     8176-0
1188 Bishop Street, Suite 3408
Honolulu, Hawaii  96813
Tel. (808) 545-4600
Fax. (808) 545-4601

Attorneys for Plaintiffs MILAGROS JUAN
DEGAMO, MAC and HELEN K. PADUA, and
SUSAN M. PROPIOS, individually and on behalf
of all others similarly situated

### IN THE UNITED STATES DISTRICT COURT

### STATE OF HAWAI'I

| | |
|---|---|
| MILAGROS JUAN DEGAMO, MAC and HELEN K. PADUA, and SUSAN M. PROPIOS, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>   vs. | CASE NO. 13-CV-00141 DKW KJM<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANTS DEREK WONG, RCO HAWAII, LLLC AND ROUTH CRABTREE OLSEN, P.S.** |

BANK OF AMERICA, N.A., a national banking association; DEREK WONG; RCO HAWAII, LLLC; ROUTH CRABTREE OLSEN, P.S.; and DOE DEFENDANTS 1-50,

           Defendants.

### NOTICE OF DISMISSAL AS TO DEFENDANTS DEREK WONG, RCO HAWAII, LLLC AND ROUTH CRABTREE OLSEN, P.S.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs MILAGROS JUAN DEGAMO, MAC and HELEN K. PADUA, and SUSAN M. PROPIOS, individually and on behalf of all others similarly situated, hereby dismiss Defendants DEREK WONG, RCO HAWAII, LLLC and ROUTH CRABTREE OLSEN, P.S. (collectively "Routh Defendants"), as to all claims set forth in Plaintiffs' [14] First Amended Complaint filed on April 23, 2013.  Each party will bear their own costs and attorneys' fees related to the dismissal of the Routh Defendants.  The Routh Defendants have neither answered nor filed a motion for summary judgment in this matter.

All other parties and claims remain in this action.

Dated:  September 6, 2017.

                PERKIN & FARIA LLLC

                **/s/** John Francis Perkin_____
                JOHN FRANCIS PERKIN
                BICKERTON LEE DANG & SULLIVAN
                JAMES J. BICKERTON
                STANLEY H. ROHRIG (Of Counsel)
                AFFINITY LAW GROUP
                RAYMOND C. CHO
                VAN-ALAN H. SHIMA
                *Attorneys for Plaintiffs MILAGROS JUAN DEGAMO, MAC and HELEN K. PADUA, and SUSAN M. PROPIOS, individually and on behalf of all others similarly situated*

APPROVED AS TO FORM.

DATED:  September 13, 2017 at Honolulu, Hawai'i.



        /s/ Derrick K. Watson_____
       Derrick K. Watson
       United States District Judge

---

*Degamo, et al. vs. Bank of America, N.A., et al.*; Case No. 13-cv-00141-DKW-KJM NOTICE OF DISMISSAL AS TO DEFENDANTS DEREK W.C. WONG, RCO HAWAII, LLLC AND ROUTH CRABTREE OLSEN, P.S. AND ORDER

ImanageDB:4079413.1