# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:13-CV-00141-DKW-KJM |
| CASE NAME: | Helen K. Padua, etc. et al. V Bank of America, N.A. et al |
| ATTYS FOR PLA: | John F. Perkin<br>Van-Alan H. Shima |
| ATTYS FOR DEFT: | Elizabeth M.Z. Timmermans<br>Robert A. Muckenfuss<br>Stephanie E.W. Thompson |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 01/23/2018 | TIME: | 2:00 - 2:14 |

COURT ACTION:  EP:   [77] PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT hearing held.

Arguments heard.

[77] Plaintiff's Motion for Leave to File Second Amended Complaint is taken under advisement

*Submitted by: Bernie Aurio, Courtroom Manager*